1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant PLANCARTE-PENALOZA

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,        )   No. CR-10-00733-EJD
                                    )
12              Plaintiff,          )
                                    )   **STIPULATION TO CONTINUE**
13                                  )   **SENTENCING HEARING; [PROPOSED]**
   vs.                              )   **ORDER**
14                                  )
   JOSE PLANCARTE-PENALOZA,         )
15                                  )
                Defendant.          )
16 _____)

17      Defendant Jose Plancarte-Penaloza and the government, through their respective counsel,

18 hereby stipulate that, subject to the Court's approval, the sentencing hearing in the above-

19 captioned matter, presently scheduled for Monday, June 13, 2011 at 1:30 p.m., be continued to

20 Monday, July 11, 2011 at 1:30 p.m.  The defendant has already entered a guilty plea pursuant to a

21 binding plea agreement.  The matter was not referred to the Probation Office.  The continuance is

22 requested because the parties are still awaiting a decision from an *en banc* panel of the 9th Circuit

23 ///

24 ///

25 ///

26

STIP. TO CONTINUE SENTENCING HG.;
[PROPOSED] ORDER
No. CR 10-00733 EJD                      1

1  that affects the guideline calculation in this case.  Additionally, the defendant is expecting family
2  from out of town to visit him at the jail on the date of his currently scheduled appearance.
3
4  Dated: 6/8/11                                         _____/s/_____
                                                          LARA S. VINNARD
5                                                         Counsel for Jose Plancarte-Penaloza
6  Dated: 6/8/11                                         _____/s/_____
                                                          BRADLEY PRICE
7                                                         Special Assistant United States Attorney
8
9                          [PROPOSED] ORDER
10     The parties have jointly requested a continuance of the sentencing hearing set for
11 Monday, June 13, 2011, to allow additional time for a relevant decision from the 9th Circuit, and
12 because the defendant anticipates a visit from his family on the currently scheduled date.  GOOD
13 CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for
14 Monday, June 13, 2011 at 1:30 p.m., is continued to Monday, July 11, 2011 at 1:30 p.m.
15
16 Dated: __June 10, 2011__                              _____
                                                          EDWARD J. DAVILA
17                                                        United States District Judge

STIP. TO CONTINUE SENTENCING HG.;
[PROPOSED] ORDER
No. CR 10-00733 EJD                                2